**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Frank J. Eddy and Heather Eddy,** | Bankruptcy No. 16-17572 |
| **Debtor**. | Honorable Pamela S. Hollis |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #26)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on April 21, 2017.

Dated: April 25, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Frank J. Eddy and Heather Eddy**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
   **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## **MANUAL SERVICE LIST**

| | |
|---|---|
| Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | State Farm Bank<br>Capital One NA<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 |
| American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Marilyn Barton<br>1606 Champlain St.<br>Ottawa, IL 61350 |
| **Frank J. Eddy and Heather Eddy**<br>911 Meridan St.<br>Mendota, IL 61342 | |
| | |
| | |
| | |
| | |