UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
Frank J. Eddy, III  § Case No. 16-17572
Heather L. Eddy  §
  §
Debtors  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 101,940.00 *(Without deducting any secured claims)* | Assets Exempt: 29,138.00 |
| Total Distributions to Claimants: 2,945.10 | Claims Discharged Without Payment: 134,757.09 |
| Total Expenses of Administration: 1,054.90 | |

3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 104,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,054.90 | 1,054.90 | 1,054.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,602.00 | 8,855.19 | 8,855.19 | 2,945.10 |
| **TOTAL DISBURSEMENTS** | $ 137,102.00 | $ 9,910.09 | $ 9,910.09 | $ 4,000.00 |

4) This case was originally filed under chapter 7 on 05/25/2016 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2017          By:/s/Zane L. Zielinski, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Midland States Bank And Eureka Bank; | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland State Bank, 1201 Network Centra Drive Effingham, IL 62401 | | 104,500.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 104,500.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Zane L. Zielinski, Trustee | 2200-001 | NA | 4.90 | 4.90 | 4.90 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,054.90 | $ 1,054.90 | $ 1,054.90 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America, P. O. Box 982238 El Paso, TX 79998 |  | 5,780.00 | NA | NA | 0.00 |
|  | Barkley Card Services, P. O. Box 60517 City of Industry, CA 91716 |  | 2,959.00 | NA | NA | 0.00 |
|  | Chase, P. O. Box 15153 Wilmington, DE 19886 |  | 2,366.00 | NA | NA | 0.00 |
|  | Citi, P. O. Box 6241 Sioux Falls, SD 57117 |  | 9,866.00 | NA | NA | 0.00 |
|  | Citi, P. O. Box 78045 Phoenix, AZ 85062 |  | 2,571.00 | NA | NA | 0.00 |
|  | Creditors Discount and Audit Co., 415 E. Main St. P. O. Box 213 Streator, IL 61364 |  | 170.00 | NA | NA | 0.00 |
|  | Menards, Capital One Retail Services P. O.Bbox 71106 Charlotte, NC 28272 |  | 635.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 1,490.00 | 1,605.42 | 1,605.42 | 533.94 |
| 4 | Capital One Na | 7100-000 | 1,007.00 | 1,115.96 | 1,115.96 | 371.15 |
| 2 | Discover Bank | 7100-000 | 239.00 | 310.87 | 310.87 | 103.39 |
| 3 | Discover Bank | 7100-000 | 1,562.00 | 1,705.82 | 1,705.82 | 567.33 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | State Farm Bank | 7100-000 | 3,957.00 | 4,117.12 | 4,117.12 | 1,369.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 32,602.00 | $ 8,855.19 | $ 8,855.19 | $ 2,945.10 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-17572 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Frank J. Eddy, III | | | | Date Filed (f) or Converted (c): | 05/25/2016 (f) |
| | Heather L. Eddy | | | | 341(a) Meeting Date: | 06/30/2016 |
| For Period Ending: | 08/14/2017 | | | | Claims Bar Date: | 01/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 2. 1996 Oldmobile 88 Mileage: 150,000 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. 1999 Dodge Stratus Mileage: 146,000 | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Television, Microwave, Stove, Refrigerator, Washer, Dryer, C | 205.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary Wearing Apparel | 75.00 | 0.00 | | 0.00 | FA |
| 6. Midland States Bank And Eureka Bank; | 100.00 | 0.00 | | 4,000.00 | FA |
| 7. Sisters Of The Third Order Of St. Francis Employee Retiremen | 1,800.00 | 0.00 | | 0.00 | FA |
| 8. Sisters Of The Third Order Of St. Francis Employee's Retirem | 1,540.00 | 0.00 | | 0.00 | FA |
| 9. Principal Financial | 9,029.00 | 0.00 | | 0.00 | FA |
| 10. Principal Financial | 13,829.00 | 0.00 | | 0.00 | FA |
| 11. 911 Meridan Street Mendota, IL | 100,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $131,078.00        $0.00        $4,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed an asset report on October 24, 2016 and will be reviewing claims.

Initial Projected Date of Final Report (TFR): 03/31/2017        Current Projected Date of Final Report (TFR): 03/31/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-17572 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: Frank J. Eddy, III | Bank Name: | Associated Bank |
| Heather L. Eddy | Account Number/CD#: | XXXXXX1494 |
| | | Checking |
| Taxpayer ID No: XX-XXX4235 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/14/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/16 | 6 | Heather Eddy<br>Official Check from Eureka Savings Bank | Bank Funds | 1129-000 | $4,000.00 | | $4,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,990.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,970.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,960.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,950.00 |
| 05/12/17 | | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Trustee Expenses | 2200-000 | | ($4.90) | $3,954.90 |
| 05/12/17 | 5002 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal<br>Expense Check Mis addressed | 2200-000 | | ($4.90) | $3,959.80 |
| 05/12/17 | | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Trustee Expenses Reversal | 2200-000 | | $4.90 | $3,954.90 |
| 05/12/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,000.00 | $2,954.90 |
| 05/12/17 | 5002 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $4.90 | $2,950.00 |
| 05/12/17 | 5003 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 33.26 % per court order. | 7100-000 | | $533.94 | $2,416.06 |
| | | | Page Subtotals: | | $4,000.00 | $1,583.94 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-17572 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Frank J. Eddy, III | Bank Name: Associated Bank |
| Heather L. Eddy | Account Number/CD#: XXXXXX1494 |
| | Checking |
| Taxpayer ID No: XX-XXX4235 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/17 | 5004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | | $670.72 | $1,745.34 |
| | | Discover Bank | Final distribution to claim 2 representing a payment of 33.26 % per court order. | ($103.39) | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 3 representing a payment of 33.26 % per court order. | ($567.33) | 7100-000 | | | |
| 05/12/17 | 5005 | Capital One Na<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 4 representing a payment of 33.26 % per court order. | | 7100-000 | | $371.15 | $1,374.19 |
| 05/12/17 | 5006 | State Farm Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 5 representing a payment of 33.26 % per court order. | | 7100-000 | | $1,369.29 | $4.90 |
| 05/12/17 | 5007 | Zane Zielinski Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Trustee Expenses | | 2200-000 | | $4.90 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,000.00 | $4,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,000.00 | $4,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,000.00 | $4,000.00 |

Page Subtotals: $0.00    $2,416.06

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1494 - Checking | $4,000.00 | $4,000.00 | $0.00 |
|  | $4,000.00 | $4,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $4,000.00 |
| **Total Gross Receipts:** | $4,000.00 |

Page Subtotals:         $0.00         $0.00